IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:98-HC-787-F

| | | |
|---|---|---|
| JOHNNY RAY DAUGHTRY, | ) | |
| Petitioner, | ) ) ) | |
| v. | ) ) | ORDER |
| GERALD BRANKER,[1] Warden, Central Prison, Raleigh, North Carolina, | ) ) ) ) ) | |
| Respondent. | ) | |

Upon consideration of petitioner's motion [D.E. # 57] for extension of time in which to file a proposed budget for state clemency proceedings or appropriate certification pursuant to the Standing Order [11-SO-2] entered on October 18, 2011, it is ORDERED that the motion is GRANTED. Petitioner has also filed a motion to seal [D.E. # 59] the proposed budget for clemency proceedings [D.E. # 58] which he filed on January 19, 2012. For good cause shown, the motion to seal [D.E. # 59] is GRANTED.

SO ORDERED. This the 27 day of January, 2012.

*James C. Fox*
JAMES C. FOX
Senior United States District Judge

---

[1] Gerald Branker has succeeded James B. French as Warden of Central Prison and will be substituted as the proper party.